UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION, ACTIVATION AND MONITORING OF A GLOBAL POSITIONING SYSTEM ELECTRONIC TRACKING DEVICE (GPS DEVICE) TO BE LOCATED IN OR ON 2012 SILVER/GREY NISSAN VERSA WITH VEHICLE IDENTIFICATION NUMBER (VIN)3N1CN7AP7CL879042, BEARING NEBRASKA LICENSE PLATE NUMBER SXP 122. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 8:14MJ249<br><br>**FILED UNDER SEAL**<br><br>**SEALED** |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 29 2014
OFFICE OF THE CLERK

## AMENDED ORDER

TO:   FBI Special Agent Jeffrey D. Tarpinian, and any other authorized agents/officers of the Federal Bureau of Investigation and the SCCCCTF:

Application and Affidavit having been made before me by Michael Norris, Assistant United States Attorney for the District of Nebraska, and FBI Special Agent Jeffrey D. Tarpinian and full consideration having been given to the matter set forth therein, the Court finds:

(a)   There is probable cause to believe that the 2012 Silver/Grey Nissan Versa with Vehicle Identification Number (VIN)3N1CN7AP7CL879042, bearing Nebraska license plate number SXP 122. which is being utilized by Jamie Allen Stires and others, (hereinafter the "subject vehicle"), will be used to further the activity of Attempted Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2323(b); Attempted Use of Interstate Facility to Induce a Minor to Engage in a Sex Act in violation of 18 U.S.C. § 2422(b); Attempted Interstate Transportation of Child Pornography via a computer in violation of 18 U.S.C. § 2252A(a)(1); and Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B);

(b)   There is probable cause to believe that evidence of the commission of the above-described offenses will be obtained through the use of an electronic tracking device known as a Global Positioning System device (GPS device) installed on the above-mentioned

"subject vehicle," thereby enabling agents/officers of the Federal Bureau of Investigations (FBI) to track and surveil the movements of the "subject vehicle" for a period of forty-five (45) days.

WHEREFORE, IT IS HEREBY ORDERED that, pursuant to Rule 41, Fed. R. Crim. P. and 18 U.S.C. § 3117, that FBI Special Agent Jeffrey D. Tarpinian together with law enforcement officials acting under the supervision of federal agents and their authorized representatives, are authorized, within ten (10) days from the date of this Order, to install in or on the "subject vehicle," which is presently located in the Southern District of Nebraska, a GPS device;

IT IS FURTHER ORDERED that said law enforcement officials, agents/officers of the FBI and the SCCCCTF and their authorized representatives are further authorized to surreptitiously enter said "subject vehicle," including entry onto private property, to effect the installation of the GPS device; and

IT IS FURTHER ORDERED that said law enforcement officials, agents/officers of the FBI and the SCCCCTF and their authorized representatives are authorized to monitor the signals from the GPS device during both daytime and nighttime hours, including those signals produced from inside any private garage or other location not open to public or visual surveillance, and, in the event the "subject vehicle" travels outside the Eastern District of Missouri, but within the United States, those signals produced outside the Eastern District of Missouri; and

IT IS FURTHER ORDERED that in addition to the installation of said GPS device that FBI Special Agent Jeffrey D. Tarpinian and/or authorized representatives may maintain, service, repair and remove the GPS device; and

IT IS FURTHER ORDERED that this application and the Affidavit of FBI Special Agent Jeffrey D. Tarpinian be sealed until further order of the Court.

This Order does not authorize interception of any communications as defined in Title 18, United States Code, Section 2510(4), but authorizes only the monitoring of tracking signals.

Such GPS device may continue in operation for a period not to exceed forty-five (45) days from the date of this Order.

Pursuant to Title 18, United States Code, Section 3117, the GPS devise to be used as authorized by this Order is to be installed within this jurisdiction but may be used and monitored both within and outside this jurisdiction.

IT IS FURTHER ORDERED that FBI Special Agent Jeffrey D. Tarpinian return to this Court within ten (10) days of the date of the expiration of the authority granted pursuant to this Order or within ten (10) days after said device is removed from said "subject vehicle," whichever occurs first, and report under oath concerning the removal or deactivation of the device and the cessation of the monitoring activity authorized herein.

IT IS FURTHER ORDERED that the application, affidavit and this Order are sealed.

_____
F.A. GOSSETT III
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEBRASKA

Dated this 29th day of September, 2014.

2:45 PM.

