IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 OCT 20 AM 8: 41

OFFICE OF THE CLERK

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR AN ORDER AUTHORIZING THE ) <br> INSTALLATION, ACTIVATION AND ) <br> MONITORING OF A GLOBAL ) <br> POSITIONING SYSTEM ELECTRONIC ) <br> TRACKING DEVICE (GPS DEVICE) TO ) <br> BE LOCATED IN OR ON 2012 ) <br> SILVER/GREY NISSAN VERSA WITH ) <br> VEHICLE IDENTIFICATION NUMBER ) <br> (VIN)3N1CN7AP7CL879042, BEARING ) <br> NEBRASKA LICENSE PLATE NUMBER ) <br> SXP122 ) | No. 8:14MJ249 <br><br> **FILED UNDER SEAL** |

## ORDER

On motion of the United States of America, it is hereby ordered that 1) the redacted copy of the affidavit shall be filed; 2) that the original affidavit shall remain sealed; and 3) that the redacted copy of the affidavit, applications, returns, original seizure warrant and other related documents shall be unsealed.

This Order is based upon the sealed motion of the government establishing that: (a) the government has a compelling interest in filing redacted copy of the document in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to filing redacted copy is appropriate or practical.

THOMAS D. THALKEN
United States Magistrate Judge

Dated: This 20th day of October, 2014.